UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23679-CIV-ALTONAGA/O'Sullivan

**JAVIER FRANCISCO VEGA ALVARADO**,

      Plaintiff,
v.

**LAGO EXPRESS,** *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. The Order of October 2, 2015 [ECF No. 7] required Plaintiff to file a statement of claim by October 13, 2015. The time for compliance has passed and, to date, Plaintiff has not complied with the Order. It is therefore

**ORDERED AND ADJUDGED** that on or before **October 16, 2015**, Plaintiff shall comply with the requirements of the October 2, 2015 Order. Failure to comply will result in a dismissal of this case without further notice.

**DONE AND ORDERED** in Miami, Florida, this 14th day of October, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record