UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23679-CIV-ALTONAGA/O'Sullivan

**JAVIER FRANCISCO**
**VEGA ALVARADO**,

     Plaintiff,

v.

**LAGO EXPRESS**, *et al.*,

     Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On October 2, 2015, the Court entered an Order in Actions Brought Under the Fair Labor Standards Act ("Order") [ECF No. 8]. The Order directed Plaintiff to file a statement of claim setting forth the amount, calculation, and nature of alleged unpaid wages by October 13, 2015. To date, Plaintiff has not filed a statement of claim or requested an extension of time within which to do so. It is therefore

**ORDERED AND ADJUDGED** that Plaintiff, Javier Francisco Vega Alvarado shall file his statement of claim by **October 21, 2015**. Failure to comply may result in dismissal without prejudice without further notice.

**DONE AND ORDERED** in Miami, Florida, this 14th day of October, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record