UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23679-CIV-ALTONAGA/O'Sullivan

**JAVIER FRANCISCO**
**VEGA ALVARADO**,

    Plaintiff,
v.

**LAGO EXPRESS**, *et al.*,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court *sua sponte*. On October 14, 2015, the Court entered an Order ("Order") [ECF No. 9]. This Order was duplicative of a subsequently filed Order [ECF No. 10]. Accordingly, it is

**ORDERED AND ADJUDGED** that the Order [ECF No. 9] is **STRICKEN**. The parties are directed to follow the deadlines contained in the subsequently filed Order [ECF No. 10]. By way of reminder, this Order instructs Plaintiff, Javier Francisco Vega Alvarado, to file his statement of claim by October 21, 2015. (*See id.*).

**DONE AND ORDERED** in Miami, Florida, this 14th day of October, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record