# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JAVIER FRANCISCO VEGA ALVARADO )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)         15-cv-23679-Altonaga/O'Sullivan
Plaintiff, )
vs. )
)
LAGO EXPRESS, INC., )
JORGE E LAGO, )
)
Defendants. )
)

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
LAGO EXPRESS, INC.
Registered Agent: Jorge E Lago
15990 SW 143 Street
Miami, FL 33196

SERVED 11/9/2015 11:20 *samy auto* 3698 S.W. 8 ST Miami FL 33135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 2, 2015**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Valerie Kemp
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15- 23679

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lojo Express Inc

was received by me on *(date)* 10/4/16

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tony Soto Mgr, who is designated by law to accept service of process on behalf of *(name of organization)* Lojo Express, Inc on *(date)* 11/5/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 11/5/16

Server's signature

Frank Ayllon
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: