**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  15-23679-CIV-ALTONAGA/O'Sullivan**

**JAVIER FRANCISCO VEGA ALVARADO**,

>       Plaintiff,

v.

**LAGO EXPRESS**, *et al.*,

>       Defendants.

_____/

**ORDER ON DEFAULT PROCEDURE**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.  On November 9, 2015, Plaintiff served a copy of the summons and complaint on the Defendant, Lago Express, Inc. [ECF No. 14].  To date, this Defendant has failed to answer or otherwise respond.  Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall submit a *motion for entry of Clerk's default* no later than **December 11, 2015**, that includes the certificate of service indicating that notice was sent to the Defendant, including the address to which it was sent.  Plaintiff's failure to file for the *motion for entry of Clerk's default* within the specified time may result in a **dismissal** without prejudice and without further notice as to this Defendant.

**DONE AND ORDERED** in Miami, Florida, this 8th day of December, 2015.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record