UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23679-CIV-ALTONAGA/O'Sullivan

JAVIER FRANCISCO
VEGA ALVARADO,

    Plaintiff,
v.

LAGO EXPRESS, INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On December 8, 2015, the Court required Plaintiff, Javier Francisco Vega Alvarado ("Plaintiff") to move for entry of Clerk's default against Defendant, Lago Express, Inc. ("Defendant"), by December 11, 2015, failing which Defendant would be dismissed without further notice. (*See* Order [ECF No. 15]). To date, Plaintiff has failed comply.

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant Lago Express, Inc. is **DISMISSED without prejudice**. This case shall remain active as to all remaining Defendants.

**DONE AND ORDERED** in Miami, Florida, this 14th day of December, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record